E-filed 9/22/2017

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
MARCOS D. SASSO (State Bar No. 228905)
CRISTINA A. GUIDO (State Bar No. 292089)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone:    310.556.5800
Facsimile:    310.556.5959
Email:        *lacalendar@stroock.com*

Attorneys for Defendant
  CITIBANK, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| NICK RUSHING, | Case No. 5:17-cv-04079-HRL |
| Plaintiff, | [Honorable Howard R. Lloyd] |
| vs. | [~~PROPOSED~~] **ORDER GRANTING STIPULATION TO ARBITRATE** |
| CITIBANK and DOES 1 through 100 inclusive, | |
| Defendants. | Action Filed: July 19, 2017 |

# [PROPOSED] ORDER

Having reviewed the parties' Stipulation to Arbitrate and finding good cause, the Stipulation is **GRANTED**.

The case is stayed and all claims will be submitted to binding arbitration pursuant to the terms of the agreement attached as Exhibit 1 to the Stipulation.

~~IT IS SO ORDERED~~.  All currently-scheduled hearings and deadlines are vacated.  The parties shall inform the Court when a final award is entered in the arbitration.

AS MODIFIED, IT IS SO ORDERED

Dated: 9/22/2017

Honorable Howard R. Lloyd
United States Magistrate Judge